IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, )<br>)<br>Petitioner, )<br>v. )<br>)<br>STATE OF ALABAMA, *et al.*, )<br>)<br>Respondents. ) | CASE NO.  2:12-cv-0659-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #17) to the Recommendation of the Magistrate Judge filed on October 4, 2012 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #16) filed on October 1, 2012 is adopted; and

3.  The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Manuel is DISMISSED without prejudice to afford Manuel an opportunity to exhaust all available state court remedies.

DONE this 30th day of October, 2012.

    /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE